ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No.   CR03-42-LGB                     Date: April 28, 2003

PRESENT: HON. LOURDES G. BAIRD, JUDGE

| CATHERINE M. JEANG | MARK SCHWEITZER | JAMES SPERTUS |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

U.S.A. vs (Defendant(s) Below:          ATTORNEY(S) FOR DEFENDANT(S)

(1) IGOR SEREBRYANY                     (1) NINA MARINO
    X PRESENT   X BOND                      X PRESENT X RETAINED

PROCEEDINGS:   1.   STATUS CONFERENCE; AND
               2.   CHANGE OF PLEA.

Hearing held and counsel are present. The Court confers with counsel and counsel inform the Court that defendant moves to change his plea.

_XXX_   Defendant moves to change his plea to Count 1 of the 3-Count Indictment, states that his true name is as charged and is sworn.

_XXX_   The Court questions the defendant regarding his intention to enter a plea of GUILTY and advises the defendant of his Constitutional Rights.

_XXX_   Defendant now enters a new and different plea of GUILTY to Count 1 of the 3-Count Indictment.

_XXX_   The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.

_XXX_   The Court refers the defendant to the Probation Office for an investigation and Pre-sentence Report and continues the matter to September 8, 2003 at 11:00 A.M. for sentencing.

_XXX_   The Court orders the Jury Trial VACATED as to this defendant.

_XXX_   The Court orders the plea agreement to be filed. ____ UNDER SEAL

____    THE COURT ORDERS THE TRANSCRIPT OF THESE PROCEEDINGS TO BE FILED UNDER SEAL.

____    OTHER:

cc: Probation Office
    Pretrial Services

MINUTES FORM 6
CRIM - GEN

Deputy Clerk _____